UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA PARTNERS, INC., | Case No. 2:19-CV-767 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| WORKFORCE CONNECTIONS, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Nevada Partners, Inc.'s motion to expedite briefing schedule. (ECF No. 26).

Plaintiff moves for a temporary restraining order and a preliminary injunction enjoining defendant Workforce Connections from disbursing certain grant funds. (ECF No. 24, 25). Plaintiff represents that defendant plans to begin disbursing the funds on July 1, 2019, and requests an expedited briefing schedule so that the parties will have an opportunity to fully litigate the relevant motions. (ECF No. 26). Good cause appearing, the court will expedite the briefing schedule.

Defendants Workforce Connections and Jaime Cruz shall file a response within eight days from the date of this order. Thereafter, plaintiff shall have four days to file a reply.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to expedite briefing schedule (ECF No. 26) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that defendants shall have eight days from the date of this order to file a response. Thereafter, plaintiff shall have four days to file a reply.

DATED May 29, 2019.

_____
UNITED STATES DISTRICT JUDGE