| | |
|---|---|
| Phung H. Jefferson (Nev. Bar No. 7761)<br>THE LAW OFFICE OF PHUNG H. JEFFERSON, ESQ. PC<br>1448 E. Charleston Blvd.<br>Las Vegas, Nevada 89104<br>Tel.: 702-382-4061<br>Fax: 702-382-4071<br>Email: phj@pjlaw.org | THEODORE PARKER, III, ESQ.<br>Nevada Bar No. 4716<br>SHANA D. WEIR, ESQ.<br>Nevada Bar No. 9468<br>PARKER, NELSON & ASSOCIATES, CHTD.<br>2460 Professional Court, Suite 200<br>Las Vegas, Nevada 89128<br>Telephone: (702) 868-8000<br>Facsimile: (702) 868-8001<br>Email: tparker@pnalaw.net; sweir@pnalaw.net |

Edward H. Rippey (admitted *pro hac vice*)
Matthew V. Miller (admitted *pro hac vice*)
Isaac Belfer (admitted *pro hac vice*)
Lucas Moench (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Tel.: 202-662-6000
Fax: 202-662-6291
Email: erippey@cov.com, mmiller@cov.com, ibelfer@cov.com, lmoench@cov.com

*Attorneys for Defendant Workforce Connections*

Wendy L. Feng (admitted *pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: 415-591-6000
Email: wfeng@cov.com

*Attorneys for Plaintiff Nevada Partners, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PARTNERS, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WORKFORCE CONNECTIONS, Southern Nevada's Local Workforce Development Board,<br><br>    Defendant | Civil Case No. 2:19-cv-767-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER TO DISMISS** |

Plaintiff Nevada Partners, Inc., and Defendant Workforce Connections (collectively, the "Parties") hereby submit this Joint Stipulation to dismiss with prejudice all claims pending in the above-captioned litigation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorneys' fees, subject only to the terms and conditions of the Parties' settlement agreement and release. This Court is respectfully asked to retain jurisdiction to enforce the settlement agreement and release in this action (only if necessary).

The Parties agree that none of them is a prevailing party in this action and therefore none will seek any attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: _August 31, 2020_            Dated: _August 31, 2020_

Signed:      _/s/ Phung H. Jefferson_            Signed:      _/s/ Theodore Parker, III_

Phung H. Jefferson (Nev. Bar No. 7761)
THE LAW OFFICE OF PHUNG H. JEFFERSON, ESQ. PC
1448 E. Charleston Blvd.
Las Vegas, Nevada 89104
Tel.: 702-382-4061
Fax: 702-382-4071
Email: phj@pjlaw.org

Edward H. Rippey (admitted *pro hac vice*)
Matthew V. Miller (admitted *pro hac vice*)
Isaac Belfer (admitted *pro hac vice*)
Lucas Moench (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Tel.: 202-662-6000
Fax: 202-662-6291
Email: erippey@cov.com, mmiller@cov.com, ibelfer@cov.com, lmoench@cov.com

THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
SHANA D. WEIR, ESQ.
Nevada Bar No. 9468
PARKER, NELSON & ASSOCIATES, CHTD.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@pnalaw.net; sweir@pnalaw.net

*Attorneys for Defendant Workforce Connections*

1  Wendy L. Feng (admitted *pro hac vice*)
   COVINGTON & BURLING LLP
2  Salesforce Tower, 415 Mission Street, Suite 5400
   San Francisco, CA 94105-2533
3  Tel: 415-591-6000
4  Email: wfeng@cov.com

5  *Attorneys for Plaintiff Nevada Partners, Inc.*

                                                              **IT IS SO ORDERED:**

                                                              _/s/ James C. Mahan_____
                                                              UNITED STATES DISTRICT JUDGE

                                        DATED:   September 4, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I caused to be served via the Court's CM/ECF filing system a true and correct copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS** to the following:

Mr. Theodore Parker III
Ms. Shana Weir
PARKER NELSON & ASSOCIATES
2460 Professional Court
Suite 200
Las Vegas, NV 89128
Email: tparker@pnalaw.net; sweir@pnalaw.net

*/s/ Phung H. Jefferson*